# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINA DAVIS**<br><br>    v.<br><br>**EDSI SOLUTIONS** | **CIVIL ACTION**<br><br>**NO. 14-5396** |

## ORDER

**AND NOW**, this 5th day of August, 2015, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 13) is **DENIED.**

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-5396 davis v. edsi solutions\14cv5396.order.062315.doc